NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FIRST ANNAPOLIS BANCORP, INC.,**
*Plaintiff-Appellee,*

v.

**UNITED STATES,**
*Defendant-Appellant.*

---

2010-5032

---

Appeal from the United States Court of Federal Claims in case no. 94-CV-522, Judge Mary Ellen Coster Williams.

---

## ON MOTION

---

## ORDER

Upon consideration of the United States' motion for a 31-day extension of time, until September 13, 2010, to file a reply brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

AUG   2 2010
—————————
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Dale A. Cooter, Esq.
     Jeanne E. Davidson, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 2 2010

JAN HORBALY
CLERK